UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.B. OROZCO, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1738 JAM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the September 17, 2018 findings and recommendations. ECF No. 17. He also requests that the court delay service of process until the district judge has ruled on the findings and recommendations. Id. at 2. Good cause appearing, the request for an extension of time will be granted. However, the request to delay service of process will be denied. Delaying service would be potentially prejudicial to defendants, and in the event plaintiff is given leave to file a second amended complaint, defendants will simply be required to respond to that complaint after it has been screened.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted.

2. Plaintiff shall file his objections on or before November 8, 2018.

3. Within thirty days of service of this order, plaintiff shall complete and return the paperwork necessary to complete service upon defendants Orozco, Grout, Neuschmid, and

Sahota. Failure to return the necessary paperwork will result in a recommendation that this case be dismissed for failure to comply with a court order and failure to prosecute.

DATED: October 4, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE