UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.B. OROZCO, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1738 JAM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 26, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 36. Defendants have filed objections to the findings and recommendations. ECF No. 37.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 26, 2019 (ECF No. 36), are adopted in full;

2. Defendants' motion to dismiss (ECF No. 24) is granted as to plaintiff's claim for injunctive relief and denied in all other respects; and

3. Defendants shall file an answer to the complaint within twenty-one days from the date of service of this order.

DATED: January 22, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE