IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J.L. HOWZE,**<br><br>                            Plaintiff,<br><br>     v.<br><br>**A.B. OROZCO, et al.,**<br><br>                            Defendants. | Case No. 2:16-cv-01738-JAM-AC<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER** |

This matter having come before the Court on Defendants' request to modify the scheduling order and good cause appearing, the request is GRANTED.

The time in which to take Plaintiff's deposition[1] is extended until October 19, 2020; the time for filing motions to compel related to Plaintiff's deposition is extended until November 19, 2020; and the time in which to file dispositive motions is extended until January 11, 2021.

IT IS SO ORDERED.

DATED: May 20, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the circumstances, so long as plaintiff remains incarcerated, defendants may also conduct his deposition by telephone.

1