UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE, | No. 2:16-cv-1738 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| A.B. OROZCO, et al. | |
| Defendants. | |

On June 8, 2020,[1] plaintiff served a motion to compel further discovery responses from all defendants. ECF No. 59. He later withdrew the motion as to defendants Orozco, Grout, and Neuschmid, ECF No. 62, who nonetheless filed a response, ECF No. 63. However, defendant Sahota, against whom the motion is still pending, has yet to file a response and the time for doing so has passed. See L.R. 230(l) (in prisoner actions responses to motions are due twenty-one days after the date of service of the motion).

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, defendant Sahota shall file an opposition or statement of non-opposition to the motion to

////

////

---

[1] Although the motion was not received by the Clerk of the Court until June 15, 2020, the certificate of service states that it was served on June 8, 2020. ECF No. 59 at 108.

1

compel.  Failure to respond will be deemed a waiver of any opposition to granting the motion.  L.R. 230(l).

DATED: July 9, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2