IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J.L. HOWZE,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**A.B. OROZCO, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-01738 JAM AC P<br><br>**[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER AND EXTENDING TIME FOR DEFENDANTS' TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　This matter having come before the court on Defendants' motion to modify the scheduling order and to extend time to oppose Plaintiff's motion for partial summary judgment, and good cause appearing, the motion is GRANTED.

　　The time in which to take plaintiff's deposition is extended until December 31, 2020; the time for filing motions to compel related to plaintiff's deposition is extended until January 31, 2021; and the time in which to file dispositive motions is extended until March 31, 2021. The time for defendants to oppose plaintiff's pending motion for partial summary judgment is extended until March 31, 2021.

　　IT IS SO ORDERED.

DATED: September 22, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1