UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.B. OROZCO, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-1738 JAM AC P<br><br><br>ORDER |

　　　Upon the court's review of the record, IT IS HEREBY ORDERED that defendant Sahota shall file with the court a copy of the Interrogatories and Requests for Production, Set One, that plaintiff served on defendant, as well as a copy of defendant Sahota's responses to plaintiff. Defendant Sahota shall file these documents by Wednesday, November 4, 2020.

DATED: October 29, 2020

　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE