UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.B. OROZCO, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-1738 JAM AC P<br><br><br>ORDER TO SHOW CAUSE |

　　　By order filed November 20, 2020, defendant Sahota was ordered to supplement his responses to discovery, if he had not yet done so, and file a declaration with the court as to the status of his responses within twenty-one days.  ECF No. 83 at 8.  Twenty-one days have now passed, and defendant Sahota has not yet filed the required declaration.

　　　Accordingly, IT IS HEREBY ORDERED that within five days of the filing of this order, defendant Sahota shall show cause why sanctions should not be imposed for failing to comply with a court order.  Prompt filing of the required declaration will be deemed full compliance with this order and will automatically discharge the order to show cause.  Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

DATED: December 18, 2020

　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE