UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>                    Plaintiff,<br><br>          v.<br><br>A.B. OROZCO, et al.,<br><br>                    Defendants. | No.  2:16-cv-1738 JAM AC P<br><br><br><br>ORDER |

By order filed December 21, 2020, defendant Sahota was ordered to show cause why sanctions should not be imposed for failing to comply with the November 20, 2020 order requiring that he file a declaration advising the court of the status of his supplemental discovery responses.  ECF No. 86.  Sahota was given the option to promptly file the required declaration as a way in which to achieve full compliance with the order and automatically discharge the order to show cause.  Id.  Counsel for Sahota has now filed a response to the order to show cause in which he states that he has no recollection of receiving the November 20, 2020 order and, after thoroughly searching his email folders, billing program, calendar, and case file, was unable to find any evidence that he had seen the order.[1]  ECF No. 87 at 1-2, ¶¶ 2-3.  He further states that since receiving the order to show cause, he has attempted to contact defendant Sahota several

---

[1] Counsel does not claim that he did not receive the order and acknowledges the possibility that it may have been inadvertently deleted.  ECF No. 87 at 2, ¶ 4.

1

times to complete the supplemental responses and has been unable to make contact. Id. at 2, ¶ 5. Counsel therefore requests the time for submitting supplemental responses and the required declaration be extended to January 8, 2021. Id. at 2, ¶ 5.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The December 21, 2020 order to show cause is DISCHARGED.

2. Defendant Sahota shall have until January 8, 2021, to submit his supplemental responses to discovery and notify the court of the status of those responses as set forth in the November 20, 2020 order.

3. Plaintiff shall have until January 22, 2021, to file a renewed motion to compel if any of the discovery disputes addressed in the November 20, 2020 order remain unresolved.

DATED: December 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE