UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>Plaintiff,<br><br>v.<br><br>A.B. OROZCO, et al.,<br><br>Defendants. | No. 2:16-cv-1738 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for protective order, ECF No. 90, a renewed motion to compel, ECF No. 91, and a renewed motion for summary judgment, ECF No. 93.

I. <u>Motion for Protective Order</u>

The motion for protective order alleges that counsel for Sahota attempted to depose plaintiff on December 29, 2020, without providing a notice of deposition, and that the DOJ—presumably counsel for defendants Grout, Neuschmid, and Orozco—produced over three hundred pages of documents related to the deposition. ECF No. 90 at 1. Plaintiff requests that defendant Sahota not be permitted to depose him without providing the requisite notice and that he be given sufficient time to review the documents. <u>Id.</u> at 2. Because the time for deposing plaintiff has expired, <u>see</u> ECF No. 74, the motion will be denied as moot. In the event defendants file motions to compel that seek an order requiring plaintiff to be deposed again, plaintiff may raise his concerns in response to those motions.

II.     Motion to Compel

By order filed November 20, 2020, defendant Sahota was ordered to supplement his responses to discovery and notify the court within twenty-one days, and plaintiff was given thirty days to file a renewed motion to compel if any of the discovery disputes remained unresolved. ECF No. 83 at 8. After Sahota failed to file the required notice, he was ordered to show cause why sanctions should not issue. ECF No. 86. Upon consideration of Sahota's response, the order to show cause was discharged and Sahota's deadline to comply with the November 20, 2020 order was extended to January 8, 2021. ECF No. 88. Plaintiff was then given until January 22, 2021, to file a renewed motion to compel if any of the discovery disputes remained unresolved. Id.

Plaintiff has now filed a motion to compel in which he claims that the disputes addressed in the November 20, 2020 order remain unresolved. ECF No. 91. However, the motion to compel is dated January 2, 2021, and will therefore be denied as premature. According to defendant Sahota's notice, he mailed his supplemental responses to plaintiff on January 8, 2021, ECF No. 89, and plaintiff will be given a brief extension of his January 22, 2021 deadline to file a motion to compel if he believes those responses are deficient.

III.    Motion for Summary Judgment

In granting plaintiff's motion to compel, the undersigned also vacated his then pending motion for summary judgment without prejudice to renewal upon the resolution of discovery. ECF No. 83 at 8. A new deadline to submit dispositive motions was to be set after discovery was complete. Id. Plaintiff has now filed a notice stating that he is re-filing his motion for summary judgment. ECF No. 93. However, since discovery has not yet closed, the motion will be vacated because it is premature. Once all discovery issues are resolved, the undersigned will issue an order setting a new deadline for filing motions for summary judgment. At that time, plaintiff may file a new motion for summary judgment or renew his prior motion by filing a notice saying that he is re-filing it as of the date the notice is filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for protective order, ECF No. 90, is DENIED as moot.

2. Plaintiff's motion to compel, ECF No. 91, is DENIED as premature. Plaintiff shall have an additional fourteen days, up to February 5, 2021, to file a motion to compel.

3. Plaintiff's renewed motion for summary judgment, ECF No. 93, is VACATED. Once discovery has been resolved and the court sets a new dispositive motions deadline, plaintiff may either file a new motion for summary judgment or renew his prior motion by filing a notice saying that he is re-filing it as of the date the notice is filed.

DATED: January 19, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE