UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>    Plaintiff,<br><br>    v.<br><br>A.B. OROZCO, et al.,<br><br>    Defendants. | No.  2:16-cv-1738 JAM AC P<br><br><br>ORDER |

By order filed November 20, 2020, defendant Sahota was ordered to supplement his responses to discovery and notify the court within twenty-one days, and plaintiff was given thirty days to file a renewed motion to compel if any of the discovery disputes remained unresolved. ECF No. 83 at 8.  After Sahota failed to file the required notice, he was ordered to show cause why sanctions should not issue.  ECF No. 86.  Upon consideration of Sahota's response, the order to show cause was discharged and Sahota's deadline to comply with the November 20, 2020 order was extended to January 8, 2021.  ECF No. 88.  Plaintiff was then given until January 22, 2021, to file a renewed motion to compel if any of the discovery disputes remained unresolved. Id.

On January 8, 2021, defendant Sahota filed a notice that his supplemental responses to discovery had been served.  ECF No. 89.  A few days later, the court received plaintiff's motion to compel in which he claimed that the disputes addressed in the November 20, 2020 order

1

remain unresolved. ECF No. 91. However, because the motion was dated January 2, 2021, it was denied as premature and plaintiff was given a brief extension of his deadline to file a motion to compel in the event he believed the responses served on January 8, 2021, were deficient. ECF No. 94. Plaintiff has now filed a notice stating that he would like to revisit his June 15, 2020 motion to compel, ECF No. 97, and Sahota has responded by affirming that his responses were served on January 8, 2021, and that he would re-serve them no later than February 8, 2021, when counsel returned to his office, ECF No. 98.

It is unclear from plaintiff's renewed motion whether he did not receive the supplemental responses from defendant Sahota or whether he received responses and believes they are deficient. Without such additional information, the court is unable to rule on the renewed motion to compel. Plaintiff must therefore clarify for the court whether he received Sahota's supplemental responses. If plaintiff has received the supplemental responses and believes they are deficient, he must also specifically identify which responses he believes are deficient and why. The court cannot determine whether Sahota has failed to comply with the November 20, 2020 order without first knowing the contents of the supplemental responses and plaintiff's objections to them.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order, plaintiff must notify the court whether he received defendant Sahota's supplemental responses to discovery. If plaintiff has received the responses, he must also specifically identify which responses he believes are deficient and why. Failure to do so will result in the motion to compel being denied.

2. Defendant Sahota may file a response to plaintiff's supplemental briefing within twenty-one days of service and plaintiff may file a reply within fourteen days of service of the response.

DATED: February 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2