UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A.B. OROZCO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-1738 JAM AC P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 21, 2021, defendants Orozco, Neuschmid, and Grout filed a motion to compel plaintiff's deposition. ECF No. 95. Plaintiff has not responded to the motion.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order plaintiff shall respond to the motion to compel. Failure to respond will be deemed consent to granting the motion.

DATED: March 2, 2021

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE