1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    J.L. HOWZE,                                        No.  2:16-cv-1738 JAM AC P

12                    Plaintiff,

13            v.                                          ORDER

14    A.B. OROZCO, et al.,

15                    Defendants.

16

17            Plaintiff has filed objections to the Magistrate Judge's order filed March 8, 2021.  ECF

18    No. 105.  Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders

19    issued by magistrate judges and requires that the district judge "modify or set aside any part of the

20    order that is clearly erroneous or is contrary to law."  Standing alone, the fact that plaintiff did not

21    receive defendant Sahota's responses to discovery that were served on January 8, 2021, is not

22    sufficient to demonstrate that Sahota did not in fact serve his responses on that date, as

23    demonstrated by counsel's declaration (ECF No. 89).  The March 8, 2021 order of the Magistrate

24    Judge is therefore not clearly erroneous or contrary to law and the objections will therefore be

25    overruled.

26    ////

27    ////

28    ////

                                                        1

Therefore, IT IS HEREBY ORDERED that plaintiff's objections to the Magistrate Judge's March 8, 2021 order are OVERRULED and the March 8, 2021 order is AFFIRMED.


DATED:  April 26, 2021                    /s/ John A. Mendez
                                          _____
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE