UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L. HOWZE, | No. 2:16-cv-1738 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| A.B. OROZCO, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 24, 2022, the magistrate judge filed an order and findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 134.  Plaintiff has objected to the order granting defendants' motions for an extension of time but has not objected to the findings and recommendations.  ECF No. 136.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  With respect to the order on defendants' motions for extension of time, Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge

"modify or set aside any part of the order that is clearly erroneous or is contrary to law." The March 24, 2022 order of the Magistrate Judge is not clearly erroneous or contrary to law and the objections will be overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 24, 2022 (ECF No. 134), are adopted in full.

2. Plaintiff's motion to amend (ECF No. 110) is denied.

3. The Clerk of the Court is directed to strike the proposed second amended complaint (ECF No. 111) from the record.

4. Plaintiff's objections to the order granting defendants' motions for an extension of time (ECF No. 136) are OVERRULED.

Dated: May 11, 2022            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE